1 | XAVIER BECERRA
Attorney General of California
2 | MARK R. BECKINGTON
Supervising Deputy Attorney General
3 | PETER H. CHANG
Deputy Attorney General
4 | State Bar No. 241467
 455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA  94102-7004
Telephone:  (415) 510-3776
6 | Fax:  (415) 703-1234
E-mail:  Peter.Chang@doj.ca.gov
7 | *Attorneys for Defendants California Governor and Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH KISHORE**; et al., <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM**, Governor of California; and **ALEX PADILLA**, Secretary of State of California, in their official capacities, <br><br> Defendants. | Case No. 2:20-cv-05859-DMG (Ex) <br><br> **STIPULATED REQUEST TO RESET HEARING ON PRELIMINARY INJUNCTION BY ONE DAY FROM JULY 21, 2020 TO JULY 20, 2020** <br><br> Hearing Date: July 21, 2020 <br> Hearing Time: 2:00 p.m. <br><br> Proposed Hearing Date: July 20, 2020 <br><br> Judge: Hon. Dolly M. Gee |

0

1   Pursuant to Local Rule 7-1, Plaintiffs Joseph Kishore and Norissa Santa
2   Cruz, and Defendants Gavin Newsom, California Governor, and Alex Padilla,
3   California Secretary of State (collectively, the "Parties"), through their respective
4   attorneys of record, hereby stipulate and request that the Court advance the hearing
5   on Plaintiffs' motion for preliminary injunction (ECF No. 11) by one day from
6   July 21, 2002, to July 20, 2020, or if that date is not available, advance the hearing
7   to July 17, 2020, or continue it to July 27, 2020.

8   RECITALS AND GROUNDS FOR RELIEF

9   WHEREAS, on July 7, 2020, the Court ordered that Plaintiffs' pending
10  application for a temporary restraining order and preliminary injunction (ECF No.
11  11) be construed as a motion for preliminary injunction, set a briefing schedule,
12  and set a hearing by videoconference at 2:00 p.m. on July 21, 2020 (ECF No. 13);
13  WHEREAS, the undersigned counsel for Defendants has planned leave from
14  July 21 through July 24, and would not be able to attend the hearing currently set
15  for July 21;
16  WHEREAS, the parties have exchanged correspondence, and Plaintiffs'
17  counsel does not oppose accommodating Defendants' counsel by advancing the
18  hearing to July 20, 2020, or if that date is not available, either advancing the
19  hearing to July 17, 2020, or continuing the hearing to July 27, 2020; and
20  WHEREAS, Plaintiffs would oppose any further continuance of the hearing
21  under the circumstances;
22  NOW THEREFORE, the Parties STIPULATE and jointly REQUEST that
23  the hearing for Plaintiffs' motion for preliminary injunction currently set for 2:00
24  p.m. on July 21, 2020, be reset to July 20, 2020, or if that date is not available, to
25  either July 17, 2020, or July 27, 2020, at such time of day as may be available to
26  the Court;
27  Accordingly, the Parties respectfully request that the Court adopt the
28  attached Proposed Order granting the stipulation described above.

1

| | | |
|---|---|---|
| Dated: July 7, 2020 | | Respectfully submitted, |
| | | XAVIER BECERRA<br>Attorney General of California<br>MARK BECKINGTON<br>Supervising Deputy Attorney General |
| | | */ s / Peter H. Chang*<br>PETER H. CHANG<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: July 7, 2020 | | Respectfully submitted, |
| | | THOMAS C. SEABAUGH LAW OFFICES |
| | | */ s / Thomas C. Seabaugh*<br>THOMAS C. SEABAUGH<br>*Attorneys for Plaintiffs* |

<u>Attestation of Concurrence in Filing</u>

I, Peter H. Chang, am the ECF user whose ID and password are being used to file the foregoing Stipulated Request to Reset Hearing on Preliminary Injunction by One Day from July 21, 2020 to July 20, 2020. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:    July 7, 2020         /s/ Peter H. Chang
                               Peter H. Chang
                               Deputy Attorney General

2

Stipulated Request to Reset Hearing on Prelim. Inj. (2:20-cv-05859-DMG(Ex))