UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH KISHORE**; et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**GAVIN NEWSOM**, Governor of California; and **ALEX PADILLA**, Secretary of State of California, in their official capacities,<br><br>　　　　　　　　　　Defendants. | Case No.: CV 20-5859-DMG (Ex)<br><br>**ORDER RESETTING HEARING ON PRELIMINARY INJUNCTION FROM JULY 21, 2020 TO JULY 20, 2020 [14]** |

Good cause having been shown, the Court hereby continues the hearing on Plaintiffs' motion for preliminary injunction [Doc. # 11] to **July 20, 2020 at 2:00 p.m.**

IT IS SO ORDERED.

DATED: July 8, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE